Case: 4:16-cv-00144-DDN    Doc. #: 1-1    Filed: 02/04/16    Page: 1 of 10 PageID #: 11



United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Mon Jan 25 03:21:02 EST 2016

EXHIBIT A TO COMPLAINT

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP] [PREV LIST] [CURR LIST]
[NEXT LIST] [FIRST DOC] [PREV DOC] [NEXT DOC] [LAST DOC]

[Logout] Please logout when you are done to release system resources allocated for you.

[Start] List At: [____] OR [Jump] to record: [____] **Record 1 out of 2**

[TSDR] [ASSIGN Status] [TTAB Status] **( Use the "Back" button of the Internet Browser to return to TESS)**

# LAWN MANAGERS

| | |
|---|---|
| **Word Mark** | LAWN MANAGERS |
| **Goods and Services** | IC 044. US 100 101. G & S: Lawn care services; Tree care services. FIRST USE: 19841200. FIRST USE IN COMMERCE: 19841200 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 86537396 |
| **Filing Date** | February 17, 2015 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | July 21, 2015 |
| **Registration Number** | 4826435 |
| **Registration Date** | October 6, 2015 |
| **Owner** | (REGISTRANT) Lawn Managers, Inc. CORPORATION MISSOURI P.O. Box 1334 High Ridge MISSOURI 63049 |
| **Attorney of Record** | Annette P. Heller |
| **Prior Registrations** | 4189623 |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "LAWN" APART FROM THE MARK AS SHOWN |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL-2(F) |

**Live/Dead Indicator**   LIVE

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST |
| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

| .HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY

 United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

# Trademarks > Trademark Electronic Search System (TESS)

EXHIBIT B TO COMPLAINT

TESS was last updated on Mon Jan 25 03:21:02 EST 2016

[TESS Home] [New User] [Structured] [Free Form] [Browse Dict] [Search OG] [Bottom] [Help] [Prev List] [Curr List]
[Next List] [First Doc] [Prev Doc] [Next Doc] [Last Doc]

[Logout] Please logout when you are done to release system resources allocated for you.

[Start] List At: ____ OR [Jump] to record: ____   **Record 2 out of 2**

[TSDR] [ASSIGN Status] [TTAB Status] **( Use the "Back" button of the Internet Browser to return to TESS)**



| | |
|---|---|
| **Word Mark** | LAWN MANAGERS |
| **Goods and Services** | IC 044. US 100 101. G & S: Lawn care services. FIRST USE: 19840000. USED IN ANOTHER FORM The mark was first used anywhere in a different form other than that sought to be registered at least as early as 00/00/1979. FIRST USE IN COMMERCE: 19840000 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 02.11.08 - Feet, human; Foot prints, human; Human feet, toes, imprints of feet or toes, legs; Imprints, feet or toes<br>26.11.01 - Rectangles as carriers or rectangles as single or multiple line borders |
| **Serial Number** | 85471833 |
| **Filing Date** | November 14, 2011 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | May 29, 2012 |
| **Change In Registration** | CHANGE IN REGISTRATION HAS OCCURRED |
| **Registration Number** | 4189623 |
| **Registration Date** | August 14, 2012 |
| **Owner** | (REGISTRANT) Lawn Managers, Inc. CORPORATION MISSOURI P.O. Box 1334 High Ridge MISSOURI 63049 |

| | |
|---|---|
| **Attorney of Record** | Annette P. Heller |
| **Description of Mark** | Color is not claimed as a feature of the mark. The mark consists of the words "LAWN MANAGERS" within a rectangle, all of which is on top of two footprints. |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL-2(F)-IN PART |
| **Live/Dead Indicator** | LIVE |
| **Distinctiveness Limitation Statement** | as to "LAWN MANAGERS" |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST
NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY



EXHIBIT C TO COMPLAINT

Webpage Screenshot

EXHIBIT D TO COMPLAINT




**(636) 677-1122**
lawnwoman7@gmail.com

Home | About Us | Testimonials | Contact Us | Blog



We give a 100% guarantee!

# Leave the work and worry of a beautiful lawn to us.

Avoid the stress and hassle of applying your own applications to your lawn, trees and shrubs. Our fully licensed and insured experts can handle all of your needs. Call us today for more information.

**CONTACT US AT (636) 677-1122**

**LAWN CARE**     **PEST CONTROL SERVICES**     **TREE AND SHRUB CARE**     **OTHER SERVICES**

   

### Improve the appearance of your property with our help

You'll be the envy of all your neighbors when you choose to work with Progressive Lawn Managers Inc. We have over 24 years of experience and are able to make your landscape or garden beautiful. From tree care to shrub services and more - we do it all, and we do it well!

### Enjoy the variety of services and benefits we offer:

- Family owned and operated
- Over 24 years of experience in the industry
- Fully licensed and insured
- Affordable rates
- Quality services

## Welcome to Progressive Lawn Managers

**The Lawn Care Service That Brings Style and Quality to Your Property**



Progressive Lawn Managers is a professional and experienced lawn care company, based in Manchester MO. We have more than 32 years successful years of working with local residents. During that

**Follow us**

   

**Contact us**



time we have managed to gain not only their trust and respect, but also the skills required to provide the most desirable lawn renovation and maintenance services in the greater St. Louis area. We are a fully licensed and insured company with an A Plus rating from the Better Business Bureau. We have been widely recognized as a reliable and dependable lawn care service provider, and we owe our reputation to our many years of experience and loyal service.

Being in the industry for so long has taught us what exactly a lawn needs to look healthy and attractive. We have perfected our methods and techniques, in order to provide the highest possible quality lawn care services, and to exceed all expectations. Our crew specializes in many different fields relating to the condition of the exterior of your property. Progressive Lawn Managers can offer you many different features and services, that can greatly contribute to the aesthetics of your garden, and turn it into a sight to behold. They include tree and shrub care, and many more fantastic ways to turn your yard into a picturesque piece of paradise.

**Progressive Lawn Managers**
120 Old Meramec Station Rd Manchester, MO 63021
(636) 677-1122

With our 32 years years of experience in providing Manchester MO with outstanding lawn renovation services, our quality has been improved to an incomparable level. Our shrub care company has proven the efficiency and style of our services, and our top priority is to offer you the most appropriate features for your home. Lawn maintenance is important and should never be ignored and put off. It is crucial to the health of your garden, and the appearance of your property. A beautiful home with an attractive lawn can draw the attention of potential buyers, if you are trying to sell your house.

★★★★★ Aug 23, 2013 by Robin M. on *Progressive Lawn Managers*

> I am extremely pleased with the way my lawn looks! Keep up the good work!

Page 1 of 2:  «  ‹  **1**  2  ›  »



Our specialists can provide you with top quality assistance in Manchester MO, and our lawn care service includes the following features:

**Shrub and tree care** – we can bring back the health and color of your garden by rejuvenating the trees and shrubs, making it a pleasant place to spend time.
**Pest control** – we specialize in ridding you of pests that can harm your lawn and interrupt your comfort.
**Bed cleaning** – this is one of the most important aspects that will turn your garden into a masterpiece.

---

**Progressive Lawn Managers**
Address: 120 Old Meramec Station Rd Manchester, MO 63021
Phone: (636) 677-1122

**Working hours:**
Monday      8:00 am-4:00 pm
Tuesday     8:00 am-4:00 pm
Wednesday   8:00 am-4:00 pm
Thursday    8:00 am-4:00 pm
Friday      8:00 am-4:00 pm
Saturday    Closed
Sunday      Closed

**About us**

Progressive Lawn Managers is an independently owned and operated lawn, tree and shrub care company providing quality care with more than 30 years of experience.

**Contact Us**

Name:*
Phone:
E-Mail:*
Message:*

Enter Code:

**SEND**

**Lawn maintenance** – the basic and fundamental element of keeping the beautiful appearance of your property. Our experts are skilled enough to provide a unique and outstanding service, that will exceed each of your expectations.

### Get in touch with us today at (636) 677-1122

As an experienced company, Progressive Lawn Managers offers a wide variety of services, available for all the needs your garden may have. Our pest control methods have proven to be completely effective on numerous occasions, and our technicians can provide you with the most appropriate advice to prevent them from coming back. Shrub care is not enough when you have a lawn to care for, and our crew is always ready and equipped to give you a hand.

*Give us a call* at *(636) 677-1122 today!*

**Progressive Lawn Managers | Manchester, MO 63021**
**For more information, call (636) 677-1122**

http://progressivelawnmgmt.com/ Mon Jan 25 2016 15:10:15 GMT-0600 (Central Standard Time)

EXHIBIT E TO COMPLAINT



EXHIBIT F TO
COMPLAINT

