AO 120 (Rev. 08/10)

| TO: | **Mail Stop 8**<br>**Director of the U.S. Patent and Trademark Office**<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION REGARDING A PATENT OR**<br>**TRADEMARK** |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court __Eastern District of Missouri__ on the following

☒ Trademarks or  ☐ Patents . ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>4:16-cv-00144-DDN | DATE FILED<br>2/4/2016 | U.S. DISTRICT COURT<br>Eastern District of Missouri |
|---|---|---|
| PLAINTIFF<br>Lawn Managers, Inc. | | DEFENDANT<br>Progressive Lawn Managers, Inc. |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 4826435 | 10/6/2015 | Lawn Manager, Inc. |
| 2 | 4189623 | 8/14/2012 | Lawn Mangers, Inc. |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY |
|---|---|
| | ☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

DECISION/JUDGEMENT

On June 11, 2018, a JUDGMENT ORDER was entered.

| CLERK<br>Gregory J. Longares | (BY) DEPUTY CLERK<br>/s/ Katie Stamm | DATE<br>6/11/18 |
|---|---|---|

**Copy 1—Upon initiation of action, mail this copy to Director    Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director    Copy 4—Case file copy**