UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| LAWN MANAGERS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:16 CV 144 DDN |
| | ) | |
| PROGRESSIVE LAWN MANAGERS, INC., *et al.*, | ) ) | |
| | ) | |
| Defendants. | ) | |

**MEMORANDUM AND ORDER**

To conform the digital record with the proceedings held on April 28, 2021,

**IT IS HEREBY ORDERED** that the motion of plaintiff for leave to use the deposition of the Lindell Bank custodian (Doc. 249) **is sustained.**

**IT IS FURTHER ORDERED** that the motion of plaintiff to use the transcript of the state court proceedings (Doc. 251) **is sustained.**

**IT IS FURTHER ORDERED** that the motion of plaintiff to file under seal a document offered at the April 28, 2021, hearing **(Doc. 270) is sustained**.

**IT IS FURTHER ORDERED** that the motion of plaintiff for a preliminary injunction **(Doc. 215) is denied**.  *See Transcript of Motion Hearing on April 28, 2021,* at 178 (Doc. 266).

                                                   **/s/ David D. Noce**
                                          **UNITED STATES MAGISTRATE JUDGE**

Signed on September 30, 2021.